IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

Julius Pugh and Annie Pugh, )
)
Plaintiff, )
)
v. )  CASE NO. 2:10-cv-221
)
GE MONEY BANK / AMERICAN TIRE et al, )
)
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW  Julius and Annie Pugh , a  Plaintiff  in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☑ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

_____       _____

_____       _____

_____       _____

_____       _____

3/15/2010                            /s/ Jennifer A. Smith
Date                                 (Signature)

                                     Jennifer A. Smith
                                     (Counsel's Name)

                                     Julius & Annie Pugh
                                     Counsel for (print names of all parties)

                                     428 South Lawrence Street
                                     Montgomery, AL 36104
                                     Address, City, State Zip Code

                                     (334) 269-1192
                                     Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, Jennifer A. Smith_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __electronic mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __15th___ day of __March_____ 20_10_, to:

GE Money Bank/American Tire

Trans Union, LLC


3/15/2010                                                                /s/ Jennifer A. Smith
        Date                                                                         Signature