**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| JULIUS PUGH AND ANNIE PUGH, ) ) Plaintiffs, ) ) v. ) ) GENERAL ELECTRIC COMPANY ) D/B/A G.E. MONEY BANK, TRANS ) UNION, LLC, ) ) Defendants. | CIVIL ACTION NO. 2:10-CV-00221-CSC |

**PLAINTIFFS' MOTION TO VOLUNTARILY DISMISS DEFENDANT GE MONEY BANK**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs request that the Court dismiss all claims against Defendant GE Money Bank (improperly identified in the Complaint at General Electric Company d/b/a G.E. Money Bank), with prejudice, with the parties to bear their own costs.  Counsel for GE Money Bank consents to this Motion.  A proposed order is attached hereto for the Court's consideration.

/s/Bradford J. Griffin
Attorney for Plaintiffs

Bradford Joseph Griffin (GRI083)
bgriffin@vickersandwhitelaw.com
VICKERS & WHITE, PLLC
428 South Lawrence Street
Montgomery, Alabama 36111

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>11th</u> day of August, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Matthew Whittle Robinett
Norman, Wood, Kendrick & Turner
505 20th Street North, Financial Center Suite 1600
Birmingham, AL 35203
205-328-6648
Fax: 205-251-5479
Email: mrobinett@nwkt.com

David R. Pruet, III
dpruet@lightfootlaw.com
Haley A. Cox
hcox@lightfootlaw.com
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203-3200

        Respectfully submitted,


        <u>/s/ Bradford J. Griffin</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JULIUS PUGH AND ANNIE PUGH,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> **v.** ) <br> ) <br> **GENERAL ELECTRIC COMPANY** ) <br> **D/B/A G.E. MONEY BANK, TRANS** ) <br> **UNION, LLC,** ) <br> ) <br> **Defendants.** | **CIVIL ACTION NO.** <br><br> **2:10-CV-00221-CSC** |

## ORDER

Upon consideration of Plaintiffs' Motion to Voluntarily Dismiss Defendant GE Money Bank (improperly identified in the Complaint at General Electric Company d/b/a G.E. Money Bank), the motion is hereby GRANTED. All claims against GE Money Bank are hereby dismissed, with prejudice, with the parties to bear their own costs.

Done and ordered this ____ day of _____, 2010.

_____
United States District Court Judge