IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JULIUS PUGH and ANNIE PUGH, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 2:10-cv-221-ID |
| ) | (WO) |
| GENERAL ELECTRIC COMPANY, ) | |
| d/b/a/ G.E. Money Bank, a foreign ) | |
| company, and TRANS UNION, ) | |
| LLC, a foreign Limited Liability ) | |
| Company, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Before the Court is Plaintiffs' Motion to Voluntarily Dismiss Defendant GE Money Bank (improperly identified in the Complaint as General Electric Company d/b/a G.E. Money Bank) (Doc. #36). After reviewing the Motion, it is CONSIDERED and ORDERED that on or before August 16, 2010, the parties show cause why the Plaintiffs' Motion (Doc. #36) should not be granted. If there is no response on or before August 16, 2010, the Court will assume there is no objection to the Plaintiffs' Motion.

Done this the 12th day of August, 2010.

/s/   Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE