IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JULIUS PUGH and ANNIE PUGH, ) ) ) Plaintiffs, ) ) v. ) ) GENERAL ELECTRIC COMPANY, ) d/b/a/ G.E. Money Bank, a foreign ) company, and TRANS UNION, ) LLC, a foreign Limited Liability ) Company, ) ) Defendants. ) | Civil Action No. 2:10-cv-221-ID (WO) |

## **O R D E R**

On August 10, 2010, the Plaintiffs filed a Motion to Voluntarily Dismiss Defendant GE Money Bank.  (Doc. #36). On August 12, 2010, the Court ordered the parties to show cause on or before August 16, 2010 why the Plaintiffs' motion should not be granted.  (Doc. #38).  The Court's order indicated that the Court would assume there were no objections if the parties did not respond by August 16, 2010.  The Court has not received any responses and the Court now assumes that there is no objection to the Plaintiffs' motion.  Therefore, it is CONSIDERED and ORDERED

    1.  That the Plaintiffs' Motion to Voluntarily Dismiss Defendant GE Money Bank (Doc. #36) be and the same is hereby GRANTED;

1

2.  That all of the Plaintiffs' claims against GE Money Bank (improperly identified in the complaint as General Electric Company d/b/a G.E. Money Bank) ("GEMB") in this case be and the same are hereby DISMISSED with prejudice with the parties to bear their own costs; and

3.  That GEMB be and the same is hereby TERMINATED as a defendant in this case.

Done this the 17th day of August, 2010.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE