UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JULIUS PUGH AND ANNIE PUGH | ) | |
|     Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| GENERAL ELECTRIC CONPANY d/b/a | ) | CASE NO. |
| G.E. MONEY BANK AND TRANS | ) | 2:10-CV-00221-CSC |
| UNION, LLC, | ) | |
|     Defendants. | ) | |
| | ) | |

### PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE DE MENT:

Plaintiffs Julius Pugh and Annie Pugh file this, its Motion to Dismiss with Prejudice, and in support thereof would respectfully show the Court as follows:

There are no longer any issues in this matter between Julius Pugh and Annie Pugh and Trans Union LLC to be determined by this Court. Plaintiffs hereby stipulate that all claims or causes of action against Trans Union LLC which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

    Respectfully submitted,

    /s/ Bradford J. Griffin
    Bradford J. Griffin (GRI083)
    bgriffin@vickersandwhitelaw.com
    Vickers and White, PLLC
    428 South Lawrence Street
    Montgomery, AL  36111
    (334) 269 1192
    (334) 239-7408 Fax
    **Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

      I hereby certify that on the 13th day of September, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Matthew W. Robinett
ASB-3523-I72m
mrobinett@nwkt.com
Norman, Wood, Kendrick & Turner
Financial Center, Suite 1600
505 20th Street North
Birmingham, AL  35203
(205) 328-6643
(205) 251-5479
***Counsel for Trans Union***

Haley Andrews Cox
hcox@lightfootlaw.com
David Reynolds Pruet, III
dpruet@lightfootlaw.com
Lightfoot, Franklin, & White LLC
400 20th Street North
Birmingham, AL 35203
(205) 581-1519
***Counsel for G.E. Money Bank***


                       /s/ Bradford J. Griffin
                       OF COUNSEL

3161226.1/SP/83057/0990/091310