IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JULIUS PUGH and ANNIE PUGH, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GENERAL ELECTRIC COMPANY, )<br>d/b/a/ G.E. Money Bank, a foreign )<br>company, and TRANS UNION, )<br>LLC, a foreign Limited Liability )<br>Company, )<br>)<br>Defendants. ) | Civil Action No. 2:10-cv-221-ID<br>(WO) |

## **O R D E R**

Before the Court is Plaintiffs' Motion to Dismiss with Prejudice. (Doc. #40). On September 14, 2010, the Court ordered the parties to show cause on or before September 21, 2010 why the Plaintiffs' motion should not be granted. (Doc. #41). The Court's order indicated that the Court would assume there were no objections to the motion if the parties did not respond by September 21, 2010. The Court has not received any responses and the Court now assumes that there is no objection to the Plaintiffs' motion. Therefore, it is CONSIDERED and ORDERED

1. That the Plaintiffs' Motion to Dismiss with Prejudice (Doc. #40) be and the same is hereby GRANTED;

2. That all of the Plaintiffs' claims and causes of action asserted against Defendant Trans Union, LLC in this case be and same are hereby DISMISSED with prejudice, with court costs to be paid by the party incurring the cost.

Done this the 24th day of September, 2010.

                                /s/   Ira DeMent
                                SENIOR UNITED STATES DISTRICT JUDGE